# United States District Court
# For The Western District of North Carolina
# Statesville Division

GAYLA LEE CORNETT,

      Plaintiff(s),                       JUDGMENT IN A CIVIL CASE

vs.                                          CASE NO. 5:06CV7

JO ANNE B. BARNHART,
COMMISSIONER OF SOCIAL SECURITY,

      Defendant(s).

DECISION BY COURT.  This action having come before the Court by motion and a decision having been rendered;

IT IS ORDERED AND ADJUDGED that Judgment is hereby entered in accordance with the Court's September 21, 2006, Order.

                                        Signed: September 21, 2006

                                        Frank G. Johns, Clerk
                                        United States District Court